**Order entered January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01084-CV

## IN THE INTEREST OF S.M.G., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00695-X**

## ORDER

The reporter's record in this case is termination of parental rights case is overdue. By order dated October 8, 2019, we notified the court reporter the record was overdue. Court Reporter Pamela Sumler responded by letter informing the Court she had not been contacted regarding preparation of the record. Thereafter, the case was abated for hearing to determine, among other things, why the reporter's record had not been requested and why appellant's brief had not been filed. Following the hearing, we reinstated the appeal and ordered appellant's counsel to provide the Court with written verification the reporter's record had been requested. We received a request for preparation of the reporter's record on December 30, 2019. It is not clear if that request was sent to the court reporter.

Accordingly, we **ORDER** the reporter's record in this case to be filed within **FIFTEEN DAYS** of the date of this order. We **DIRECT** the Clerk of the Court to send a copy of this order

and a copy of the December 30, 2019 request for preparation of the reporter's record to Pamela Sumler, Official Court Reporter for the 305th Judicial District Court.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE